FILED

2024 Sep-04 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

| **Form 5500** | **Annual Return/Report of Employee Benefit Plan** | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | **2022** |
| Department of Labor Employee Benefits Security Administration | ▶ **Complete all entries in accordance with the instructions to the Form 5500.** | |
| Pension Benefit Guaranty Corporation | | **This Form is Open to Public Inspection** |

| **Part I** | **Annual Report Identification Information** |
|---|---|

For calendar plan year 2022 or fiscal plan year beginning  01/01/2022        and ending  12/31/2022

**A** This return/report is for:    ☐ a multiemployer plan        ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan        ☐ a DFE (specify) ____

**B** This return/report is:    ☐ the first return/report        ☐ the final return/report

☐ an amended return/report        ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:    ☒ Form 5558        ☐ automatic extension        ☐ the DFVC program

☐ special extension (enter description)

**E** If this is a retroactively adopted plan permitted by SECURE Act section 201, check here. . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| **Part II** | **Basic Plan Information**—enter all requested information |
|---|---|

**1a** Name of plan

RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN

**1b** Three-digit plan number (PN) ▶  003

**1c** Effective date of plan
01/01/2008

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

RADIANCE TECHNOLOGIES, INC.

310 BOB HEATH DRIVE
HUNTSVILLE, AL 35806

**2b** Employer Identification Number (EIN)
63-1204084

**2c** Plan Sponsor's telephone number
256-704-3400

**2d** Business code (see instructions)
541700

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/13/2023 | PAIGE NIX |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2022)
v. 220413

Form 5500 (2022)          Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address   [X]   Same as Plan Sponsor | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

| | |
|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN |
| **a** Sponsor's name | |
| **c** Plan Name | **4d** PN |

| | | |
|---|---|---|
| **5** Total number of participants at the beginning of the plan year | **5** | 1013 |
| **6** Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** Total number of active participants at the beginning of the plan year ........................ | **6a(1)** | 853 |
| **a(2)** Total number of active participants at the end of the plan year ................................. | **6a(2)** | 1004 |
| **b** Retired or separated participants receiving benefits ...................................................... | **6b** | 3 |
| **c** Other retired or separated participants entitled to future benefits.................................. | **6c** | 60 |
| **d** Subtotal. Add lines **6a(2)**, **6b**, and **6c**................................................................. | **6d** | 1067 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ...... | **6e** | 2 |
| **f** Total.  Add lines **6d** and **6e**...................................................................................... | **6f** | 1069 |
| **g** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)......................................................................................... | **6g** | 939 |
| **h** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested................................................................................................. | **6h** | 48 |
| **7** Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2I    2O    2Q    3I

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| **9a** Plan funding arrangement (check all that apply) | | | **9b** Plan benefit arrangement (check all that apply) | | |
|---|---|---|---|---|---|
| **(1)** | | Insurance | **(1)** | | Insurance |
| **(2)** | | Code section 412(e)(3) insurance contracts | **(2)** | | Code section 412(e)(3) insurance contracts |
| **(3)** | [X] | Trust | **(3)** | [X] | Trust |
| **(4)** | | General assets of the sponsor | **(4)** | | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** Pension Schedules | | | **b** General Schedules | | | |
|---|---|---|---|---|---|---|
| **(1)** | [X] | **R** (Retirement Plan Information) | **(1)** | [X] | | **H** (Financial Information) |
| | | | **(2)** | | | **I** (Financial Information – Small Plan) |
| **(2)** | | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | **(3)** | | 0 | **A** (Insurance Information) |
| | | | **(4)** | [X] | | **C** (Service Provider Information) |
| **(3)** | | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | **(5)** | | | **D** (DFE/Participating Plan Information) |
| | | | **(6)** | | | **G** (Financial Transaction Schedules) |

Form 5500 (2022)                                                                                                     Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ...........................………..…. ☐ Yes    ☐ No

    If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ………... ☐ Yes    ☐ No

**11c** Enter the Receipt Confirmation Code for the 2022 Form M-1 annual report.  If the plan was not required to file the 2022 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

    Receipt Confirmation Code_____

| **SCHEDULE C**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Service Provider Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2022**<br><br>**This Form is Open to Public Inspection.** |

For calendar plan year 2022 or fiscal plan year beginning  01/01/2022                          and ending  12/31/2022

| **A** Name of plan<br><br>RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN | **B** Three-digit<br>plan number (PN)      ▶      003 |
|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br><br>RADIANCE TECHNOLOGIES, INC. | **D** Employer Identification Number (EIN)<br><br>63-1204084 |

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year.  If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

**1  Information on Persons Receiving Only Eligible Indirect Compensation**

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions). . . . . . . . . . . . . . .☐ Yes  ☒ No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation.  Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

Schedule C (Form 5500) 2022                                          Page **3** - ☐ 1

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

**(a)** Enter name and EIN or address (see instructions)

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

Schedule C (Form 5500) 2022                                    Page **4** - ☐ 1

| Part I | Service Provider Information (continued) |
|---|---|

**3.** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

| (a) Enter service provider name as it appears on line 2 | (b) Service Codes (see instructions) | (c) Enter amount of indirect compensation |
|---|---|---|
| | | |

| (d) Enter name and EIN (address) of source of indirect compensation | (e) Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| | |

Schedule C (Form 5500) 2022                    Page **5 -** [ 1 ]

---

| **Part II** | **Service Providers Who Fail or Refuse to Provide Information** |

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

| **(a)** Enter name and EIN or address of service provider (see instructions) | **(b)** Nature of Service Code(s) | **(c)** Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |

Schedule C (Form 5500) 2022                                     Page **6 -** [ 1 ]

| **Part III** | **Termination Information on Accountants and Enrolled Actuaries (see instructions)** |
| --- | --- |
| | (complete as many entries as needed) |

| **a** Name: | **b** EIN: |
| --- | --- |
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
| --- | --- |
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
| --- | --- |
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
| --- | --- |
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| **a** Name: | **b** EIN: |
| --- | --- |
| **c** Position: | |
| **d** Address: | **e** Telephone: |

Explanation:

| SCHEDULE H<br>(Form 5500)<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2022**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2022 or fiscal plan year beginning 01/01/2022 and ending 12/31/2022

| **A** Name of plan<br>RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN | **B** Three-digit<br>plan number (PN) ▶ 003 |
| --- | --- |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>RADIANCE TECHNOLOGIES, INC. | **D** Employer Identification Number (EIN)<br>63-1204084 |

---

| **Part I** | **Asset and Liability Statement** |

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
| --- | --- | --- | --- |
| **a** Total noninterest-bearing cash ............................................ | 1a | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| (1) Employer contributions............................................. | 1b(1) | 0 | 1054209 |
| (2) Participant contributions.......................................... | 1b(2) | | |
| (3) Other ..................................................................... | 1b(3) | 0 | 0 |
| **c** General investments: | | | |
| (1) Interest-bearing cash (include money market accounts & certificates of deposit)................................................................. | 1c(1) | 1 | 2 |
| (2) U.S. Government securities ...................................... | 1c(2) | | |
| (3) Corporate debt instruments (other than employer securities): | | | |
| (A) Preferred ......................................................... | 1c(3)(A) | | |
| (B) All other .......................................................... | 1c(3)(B) | | |
| (4) Corporate stocks (other than employer securities): | | | |
| (A) Preferred ......................................................... | 1c(4)(A) | | |
| (B) Common .......................................................... | 1c(4)(B) | | |
| (5) Partnership/joint venture interests ........................... | 1c(5) | | |
| (6) Real estate (other than employer real property) ........... | 1c(6) | | |
| (7) Loans (other than to participants)............................. | 1c(7) | | |
| (8) Participant loans.................................................... | 1c(8) | | |
| (9) Value of interest in common/collective trusts .............. | 1c(9) | | |
| (10) Value of interest in pooled separate accounts ........... | 1c(10) | | |
| (11) Value of interest in master trust investment accounts............. | 1c(11) | | |
| (12) Value of interest in 103-12 investment entities ........... | 1c(12) | | |
| (13) Value of interest in registered investment companies (e.g., mutual funds)................................................................. | 1c(13) | 0 | 0 |
| (14) Value of funds held in insurance company general account (unallocated contracts).......................................................... | 1c(14) | | |
| (15) Other ................................................................... | 1c(15) | | |

---

Schedule H (Form 5500) 2022          Page **2**

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | (1) Employer securities | 1d(1) | 117620408 | 119038268 |
| | (2) Employer real property | 1d(2) | | |
| **e** | Buildings and other property used in plan operation | 1e | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) | 1f | 117620409 | 120092479 |
| | **Liabilities** | | | |
| **g** | Benefit claims payable | 1g | | |
| **h** | Operating payables | 1h | 1 | 2 |
| **i** | Acquisition indebtedness | 1i | | |
| **j** | Other liabilities | 1j | | |
| **k** | Total liabilities (add all amounts in lines 1g through 1j) | 1k | 1 | 2 |
| | **Net Assets** | | | |
| **l** | Net assets (subtract line 1k from line 1f) | 1l | 117620408 | 120092477 |

## Part II  Income and Expense Statement

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| | **Income** | | | |
| **a** | **Contributions:** | | | |
| | (1) Received or receivable in cash from: **(A)** Employers | 2a(1)(A) | 3331332 | |
| | **(B)** Participants | 2a(1)(B) | | |
| | **(C)** Others (including rollovers) | 2a(1)(C) | | |
| | (2) Noncash contributions | 2a(2) | 1054209 | |
| | (3) Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** | 2a(3) | | 4385541 |
| **b** | **Earnings on investments:** | | | |
| | (1) Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) | 2b(1)(A) | | |
| | **(B)** U.S. Government securities | 2b(1)(B) | | |
| | **(C)** Corporate debt instruments | 2b(1)(C) | | |
| | **(D)** Loans (other than to participants) | 2b(1)(D) | | |
| | **(E)** Participant loans | 2b(1)(E) | | |
| | **(F)** Other | 2b(1)(F) | | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** | 2b(1)(G) | | 0 |
| | (2) Dividends: **(A)** Preferred stock | 2b(2)(A) | | |
| | **(B)** Common stock | 2b(2)(B) | | |
| | **(C)** Registered investment company shares (e.g. mutual funds) | 2b(2)(C) | | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | 2b(2)(D) | | 0 |
| | (3) Rents | 2b(3) | | |
| | (4) Net gain (loss) on sale of assets: **(A)** Aggregate proceeds | 2b(4)(A) | | |
| | **(B)** Aggregate carrying amount (see instructions) | 2b(4)(B) | | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result | 2b(4)(C) | | 0 |
| | (5) Unrealized appreciation (depreciation) of assets: **(A)** Real estate | 2b(5)(A) | | |
| | **(B)** Other | 2b(5)(B) | 19934332 | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | 2b(5)(C) | | 19934332 |

Schedule H (Form 5500) 2022                                                    Page **3**

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts ..................... | 2b(6) | | |
| **(7)** Net investment gain (loss) from pooled separate accounts ..................... | 2b(7) | | |
| **(8)** Net investment gain (loss) from master trust investment accounts ......... | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities..................... | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds) ............... | 2b(10) | | |
| **c** Other income ................................ | 2c | | |
| **d** Total income. Add all **income** amounts in column (b) and enter total ................ | 2d | | 24319873 |
| **Expenses** | | | |
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers ............ | 2e(1) | 18517358 | |
| **(2)** To insurance carriers for the provision of benefits ............................. | 2e(2) | | |
| **(3)** Other ....................................... | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** ............................... | 2e(4) | | 18517358 |
| **f** Corrective distributions (see instructions) ......................................... | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) ............ | 2g | | |
| **h** Interest expense ............................. | 2h | | |
| **i** Administrative expenses: **(1)** Professional fees ........................... | 2i(1) | | |
| **(2)** Contract administrator fees .......................................... | 2i(2) | | |
| **(3)** Investment advisory and management fees ............................. | 2i(3) | | |
| **(4)** Other ....................................... | 2i(4) | 5445 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** ..................... | 2i(5) | | 5445 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total .... | 2j | | 18522803 |
| **Net Income and Reconciliation** | | | |
| **k** Net income (loss). Subtract line **2j** from line **2d**.............................. | 2k | | 5797070 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan ............................... | 2l(1) | | |
| **(2)** From this plan ............................ | 2l(2) | | 3325001 |

---

| **Part III** | **Accountant's Opinion** |
|---|---|

**3**   Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

    **(1)** [X] Unmodified     **(2)** [ ] Qualified     **(3)** [ ] Disclaimer     **(4)** [ ] Adverse

**b** Check the appropriate box(es) to indicate whether the IQPA performed an ERISA section 103(a)(3)(C) audit. Check both boxes (1) and (2) if the audit was performed pursuant to both 29 CFR 2520.103-8 and 29 CFR 2520.103-12(d). Check box (3) if pursuant to neither.

    **(1)** [ ] DOL Regulation 2520.103-8  **(2)** [ ] DOL Regulation 2520.103-12(d)  **(3)** [X] neither DOL Regulation 2520.103-8 nor DOL Regulation 2520.103-12(d).

**c** Enter the name and EIN of the accountant (or accounting firm) below:

    **(1)** Name:  WARREN AVERITT                                    **(2)** EIN:  45-4084437

**d** The opinion of an independent qualified public accountant is **not attached** because:

    **(1)** [ ] This form is filed for a CCT, PSA, or MTIA.     **(2)** [ ] It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

| **Part IV** | **Compliance Questions** |
|---|---|

**4**   CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5.
103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) ................. | 4a | | X | |

Schedule H (Form 5500) 2022                                                      Page **4-** 1

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **b** | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) ............................................................................................ | **4b** | | X | |
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked. ) .............................. | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.) ............................................................................................ | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond?............................................................ | **4e** | X | | 1500000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ............................................................................ | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? .............................. | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................... | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)............................................. | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked and see instructions for format requirements.).................................................. | **4j** | | X | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ............................................. | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ............................. | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) ...................................................................................... | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3............................ | **4n** | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ ☐ Yes  ☒ No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| RADIANCE TECHNOLOGIES, INC. 401(K) PROFIT SHARING PLAN | 63-1204084 | 001 |
| | | |
| | | |
| | | |

**5c** Was the plan a defined benefit plan covered under the PBGC insurance program at any time during this plan year? (See ERISA section 4021 and instructions.) .................................................................................................... ☐ Yes  ☐ No  ☐ Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____.

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2022**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2022 or fiscal plan year beginning  01/01/2022  and ending  12/31/2022

| **A** Name of plan<br>RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN | **B** Three-digit<br>plan number<br>(PN) ▶ | 003 |
|---|---|---|
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>RADIANCE TECHNOLOGIES, INC. | **D** Employer Identification Number (EIN)<br>63-1204084 | |

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions…………………………………………………………………………………………………

| **1** | 18516472 |
|---|---|

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):  33-6134835  _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year……………………………………………………………………………………………

| **3** | |
|---|---|

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? …………………… ☐ Yes  ☐ No  ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.    Date:  Month _____  Day _____  Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived)…………………………………………………

| **6a** | |
|---|---|

**b** Enter the amount contributed by the employer to the plan for this plan year……………………………………

| **6b** | |
|---|---|

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)…………………………

| **6c** | |
|---|---|

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ………………………………… ☐ Yes  ☐ No  ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or other plan administrator agree with the change? …………………………………………………………………………… ☐ Yes  ☐ No  ☐ N/A

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box……………………………………………… ☐ Increase  ☐ Decrease  ☐ Both  ☐ No

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?………… ☐ Yes  ☒ No

**11 a** Does the ESOP hold any preferred stock?………………………………………………………………………… ☐ Yes  ☒ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.)………………………………………………… ☐ Yes  ☒ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market?………………………… ☒ Yes  ☐ No

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule R (Form 5500) 2022
v. 220413

Schedule R (Form 5500) 2022                                                                    Page **2** - ☐ 1

| **Part V** | **Additional Information for Multiemployer Defined Benefit Pension Plans** |
|---|---|

**13**  Enter the following information for each employer that (1) contributed more than 5% of total contributions to the plan during the plan year or (2) was one of the top-ten highest contributors (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

---

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a**  Name of contributing employer

**b**  EIN                                          **c**  Dollar amount contributed by employer

**d**  Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)*  Month _____  Day _____  Year _____

**e**  Contribution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment.  Otherwise, complete lines 13e(1) and 13e(2).)*
(1)  Contribution rate (in dollars and cents) _____
(2)  Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

Schedule R (Form 5500) 2022                                                                 Page **3**

| | |
|---|---|
| **14** Enter the number of deferred vested and retired participants (inactive participants), as of the beginning of the plan year, whose contributing employer is no longer making contributions to the plan for: | |
| **a**  The current plan year. Check the box to indicate the counting method used to determine the number of inactive participants: ☐ last contributing employer ☐ alternative ☐ reasonable approximation (see instructions for required attachment)............................................................................................................ | **14a** |
| **b**  The plan year immediately preceding the current plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment) ............................................. | **14b** |
| **c**  The second preceding plan year. ☐ Check the box if the number reported is a change from what was previously reported (see instructions for required attachment) ................................................................. | **14c** |
| **15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | |
| **a**  The corresponding number for the plan year immediately preceding the current plan year............................ | **15a** |
| **b**  The corresponding number for the second preceding plan year................................................................. | **15b** |
| **16** Information with respect to any employers who withdrew from the plan during the preceding plan year: | |
| **a**  Enter the number of employers who withdrew during the preceding plan year   ................................... | **16a** |
| **b**  If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers.................................................................................... | **16b** |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment ............................................................................................................................................................ ☐

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ............................................................................................................................. ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

  **a**  Enter the percentage of plan assets held as:

  Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

  **b**  Provide the average duration of the combined investment-grade and high-yield debt:

  ☐ 0-3 years  ☐ 3-6 years  ☐ 6-9 years  ☐ 9-12 years  ☐ 12-15 years  ☐ 15-18 years  ☐ 18-21 years  ☐ 21 years or more

  **c**  What duration measure was used to calculate line 19(b)?

  ☐ Effective duration  ☐ Macaulay duration  ☐ Modified duration  ☐ Other (specify):

**20  PBGC missed contribution reporting requirements.** If this is a multiemployer plan or a single-employer plan that is not covered by PBGC, skip line 20.

  **a**  Is the amount of unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 greater than zero? ☐ Yes ☐ No

  **b**  If line 20a is "Yes," has PBGC been notified as required by ERISA sections 4043(c)(5) and/or 303(k)(4)? Check the applicable box:

  ☐  Yes.

  ☐  No. Reporting was waived under 29 CFR 4043.25(c)(2) because contributions equal to or exceeding the unpaid minimum required contribution were made by the 30th day after the due date.

  ☐  No. The 30-day period referenced in 29 CFR 4043.25(c)(2) has not yet ended, and the sponsor intends to make a contribution equal to or exceeding the unpaid minimum required contribution by the 30th day after the due date.

  ☐  No. Other. Provide explanation_____

**RADIANCE TECHNOLOGIES, INC.
EMPLOYEE STOCK OWNERSHIP PLAN**

FINANCIAL STATEMENTS
AND SUPPLEMENTAL INFORMATION

DECEMBER 31, 2022 AND 2021



The report accompanying this deliverable was issued
by Warren Averett, LLC.

www.warrenaverett.com

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**TABLE OF CONTENTS**
**DECEMBER 31, 2022 AND 2021**

**INDEPENDENT AUDITORS' REPORT**                                                                        1

**FINANCIAL STATEMENTS**

Statements of Net Assets Available for Benefits                                                    4

Statement of Changes in Net Assets Available for Benefits                                    5

Notes to the Financial Statements                                                                        6

**SUPPLEMENTAL INFORMATION**

Schedule H, Line 4i – Schedule of Assets (Held at End of Year)                          13

**Warren Averett**
CPAs AND ADVISORS

101 Monroe St NE
Huntsville, AL 35801
warrenaverett.com

## INDEPENDENT AUDITORS' REPORT

To the Board of Trustees
Radiance Technologies, Inc. Employee Stock Ownership Plan

**Opinion**
We have audited the accompanying financial statements of Radiance Technologies, Inc. Employee Stock Ownership Plan, an employee benefit plan subject to the Employee Retirement Income Security Act of 1974 (ERISA), which comprise the statements of net assets available for benefits as of December 31, 2022 and 2021, and the related statement of changes in net assets available for benefits for the year ended December 31, 2022, and the related notes to the financial statements.

In our opinion, the financial statements referred to above present fairly, in all material respects, the net assets available for benefits of Radiance Technologies, Inc. Employee Stock Ownership Plan as of December 31, 2022 and 2021, and the changes in its net assets available for benefits for the year ended December 31, 2022, in accordance with accounting principles generally accepted in the United States of America.

**Basis for Opinion**
We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the Auditors' Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of Radiance Technologies, Inc. Employee Stock Ownership Plan and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Responsibilities of Management for the Financial Statements**
Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Radiance Technologies, Inc. Employee Stock Ownership Plan's ability to continue as a going concern for one year after the date the financial statements are available to be issued.

Management is also responsible for maintaining a current plan instrument, including all plan amendments, administering the plan, and determining that the plan's transactions that are presented and disclosed in the financial statements are in conformity with the plan's provisions, including maintaining sufficient records with respect to each of the participants, to determine the benefits due or which may become due to such participants.

**Auditors' Responsibilities for the Audit of the Financial Statements**
Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with

generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with generally accepted auditing standards, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of Radiance Technologies, Inc. Employee Stock Ownership Plan's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Radiance Technologies, Inc. Employee Stock Ownership Plan's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings and certain internal control-related matters that we identified during the audit.

**Supplemental Schedule Required by ERISA**
Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The supplemental Schedule H, Line 4i – Schedule of Assets (Held at End of Year) as of December 31, 2022, is presented for purposes of additional analysis and is not a required part of the financial statements but is supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with generally accepted auditing standards.

In forming our opinion on the supplemental schedule, we evaluated whether the supplemental schedule, including its form and content, is presented in conformity with the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA.

In our opinion, the information in the accompanying schedule is fairly stated, in all material respects, in relation to the financial statements as a whole, and the form and content are presented in conformity with the Department of Labor's Rules and Regulations for Reporting and Disclosure under ERISA.

*Warren Averett, LLC*

Huntsville, Alabama
October 12, 2023

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS**
**DECEMBER 31, 2022 AND 2021**

| | 2022 Allocated | 2021 Allocated |
|---|---|---|
| **ASSETS** | | |
| Investment in Radiance Technologies, Inc. common stock at fair value | $ 119,038,268 | $ 117,620,408 |
| Employer contributions receivable | 1,054,209 | - |
| Cash | 2 | 1 |
| **TOTAL ASSETS** | 120,092,479 | 117,620,409 |
| **LIABILITIES** | | |
| Other liabilities | 2 | 1 |
| **TOTAL LIABILITIES** | 2 | 1 |
| **NET ASSETS  AVAILABLE FOR BENEFITS** | $ 120,092,477 | $ 117,620,408 |

See accompanying notes to the financial statements.

4

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**STATEMENT OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS**
**FOR THE YEAR ENDED DECEMBER 31, 2022**

|  | Allocated |
|---|---|
| **ADDITIONS** |  |
| Net appreciation in the fair value of investments | $ 19,934,332 |
| Employer contributions | 4,385,541 |
| Total additions | 24,319,873 |
| **DEDUCTIONS** |  |
| Distributions to participants | 18,517,358 |
| Administrative expenses | 5,445 |
| Total deductions | 18,522,803 |
| **NET INCREASE** | 5,797,070 |
| **TRANSFERS OUT TO 401(k) PLAN** | (3,325,001) |
| **NET ASSETS AVAILABLE FOR BENEFITS:** |  |
| **BEGINNING OF YEAR** | 117,620,408 |
| **END OF YEAR** | $ 120,092,477 |

See accompanying notes to the financial statements.

5

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

## 1. PLAN DESCRIPTION AND BASIS OF PRESENTATION

The following brief description of the Radiance Technologies, Inc. (Company) Employee Stock Ownership Plan (Plan) is provided for general information purposes only. Participants should refer to the Plan agreement for complete information.

The Company established the Plan effective as of January 1, 2008. The Plan is designed to comply with Section 4975(e)(7) and the regulations thereunder of the Internal Revenue Code of 1986, as amended (IRC), and is subject to the applicable provisions of the Employee Retirement Income Security Act of 1974 (ERISA). The Plan is administered by the Company's management. Argent Trust Company is the Plan's trustee.

**Eligibility**
Employees of the Company are generally eligible to participate in the Plan, provided they are age 21 or older. As of January 1, 2014, Division 3 employees were eligible to participate in the Plan. These employees were excluded from participating prior to that effective date. Participants who do not have at least 1,000 hours of service during such Plan year or are not employed on the last working day of a Plan year are generally not eligible for an allocation of Company contributions for such year.

Effective January 1, 2022, employees of the Company are generally eligible to participate in the Plan, regardless of age.

**Contributions**
The Company may contribute an annual profit-sharing contribution in Company stock or cash to the Plan in an amount equal to a percentage of eligible employees' compensation, as declared for the year by the Company's President. Employee contributions are not permitted.

**Payment of Benefits**
On termination of service due to death, disability, retirement, resignation or dismissal, distributions will be made or commenced semi-annually, subject to receipt of the current independent stock appraisal. If the participant's vested account does not exceed $1,000, then a single lump-sum payment will be made, regardless of whether the participant elects to receive it. If the participant's vested account equals or exceeds $1,000 at the time of distribution, the participant must consent to a distribution that commences prior to normal retirement age. Distributions will be paid in the form of cash. Any terminated participant whose vested account balance exceeds $1,000 and who has not elected to receive a distribution from the Plan as of the distribution date coinciding with or immediately following the date of severance from employment shall be transferred to the Company's 401(k) Profit Sharing Plan.

The Plan is designed to allow the Plan to purchase the Company stock from terminated participants. The proceeds used for the purchase of the Company stock are held in the participant's account in diversified investment funds and adjusted for allocable appreciation, depreciation, income, gains, losses and expenses or other charges as of each valuation date until the participant requests distribution or is transferred to the Company's 401(k) Profit-Sharing Plan as described in the previous paragraph.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

**Administrative Expenses**

As provided in the Plan agreement, administrative expenses may be paid either by the Plan or by the Company. The Company has historically paid the operating expenses for the Plan.

**Voting Rights**

Each participant is entitled to exercise voting rights attributable to the shares allocated to his or her account and is notified by the Trustee prior to the time that such rights are to be exercised. The Trustee is not permitted to vote any allocated share for which instructions have not been given by a participant. The Trustee is required, however, to vote any unallocated shares on behalf of the collective best interests of Plan participants and beneficiaries.

**Participant Accounts**

The Plan is a defined contribution plan under which a separate individual account is established for each participant. Each participant's account is credited as of the last day of each Plan year with an allocation of shares of the Company's common stock and forfeitures of terminated participants' non-vested accounts. Only those participants who are eligible employees of the Company as of the last day of the Plan year will receive an allocation. Allocations are based on a participant's eligible compensation, relative to total eligible compensation. Plan earnings are allocated to each participant's account based on the ratio of the participant's account balance.

**Vesting**

All participants employed by the Company prior to January 1, 2014, are vested immediately in the Company's contributions plus actual earnings thereon. All participants hired on or after January 1, 2014, are subject to a three-year vesting period before being 100% vested in the Company's contributions.

**Put Option**

Under federal income tax regulations, the employer stock that is held by the Plan and its participants and is not readily tradable on an established market or is subject to trading limitations, includes a put option. The put option is a right to demand that the Company buy any shares of its stock distributed to participants for which there is no market. The put price is representative of the current appraised value of the stock. The Company can pay for the purchase with interest over a period of five years. The purpose of the put option is to ensure that the participant has the ability to ultimately obtain cash.

**Diversification**

Diversification is offered to participants close to retirement so that they may have the opportunity to move part of the value of their investment in Company common stock into investments that are more diversified. Participants who are at least age 55 with at least 10 years of participation in the Plan may elect to diversify a portion of their account. Diversification is offered to each eligible participant over a six-year period. In each of the first five years, a participant may diversify up to 25% of the number of post-1986 shares allocated to his or her account, less any shares previously diversified. In the sixth year, the percentage changes to 50%. Participants who elect to diversify may elect to receive a cash distribution or rollover to an eligible plan, unless eligible for floor price protection, in which case, shares are distributed. The election to diversify is made subsequent to year-end based upon the shares of employer stock in the participant's account at year-end.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

**Forfeitures**
Plan forfeitures are allocated to each participant's account based upon the relation of the participant's eligible compensation to total eligible compensation for the Plan year. Forfeitures allocated to participants as of December 31, 2022, totaled $13,030.

**2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Basis of Accounting**
The financial statements of the Plan are prepared on the accrual basis of accounting.

**Use of Estimates**
The preparation of financial statements in accordance with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities and changes therein, and disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

**Investment Valuation and Income Recognition**
The shares of Company common stock are reported at fair value. See Note 5 for a discussion of the fair value measurements. Dividend income is accrued on the ex-dividend date. Purchases and sales of securities are recorded on a trade-date basis. Realized gains and losses from security transactions are reported on the average cost method. Net appreciation includes the Plan's gains and losses on investments bought and sold as well as held during the year.

**Payment of Benefits**
Benefits are recorded when paid.

**Subsequent Events**
The Plan has evaluated subsequent events through October 12, 2023, the date the financial statements were available to be issued.

**3. CONTRIBUTIONS**

In 2022, the Plan recorded a $4,385,541 Company contribution within the statement of changes in net assets available for benefits. Subsequently, the trustees signed a consent to release unallocated shares associated with this contribution and allocate them to participants' accounts as of December 31, 2022.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

## 4. INVESTMENTS

The Plan's investments, at December 31, are presented in the following table:

|  | 2022 Allocated | 2021 Allocated |
|---|---|---|
| Company common stock: |  |  |
| Number of shares | 1,824,005 | 2,135,059 |
| Cost | $ 39,366,286 | $ 34,881,488 |
| Estimated fair value | $ 119,038,268 | $ 117,620,408 |

## 5. FAIR VALUE MEASUREMENTS

The framework for measuring fair value provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1) and the lowest priority to unobservable inputs (level 3). The three levels of the fair value hierarchy under Financial Accounting Standards Board (FASB) ASC 820 are described as follows:

- Level 1 Fair Value Measurements – Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

- Level 2 Fair Value Measurements – Inputs to the valuation methodology include: (a) quoted prices for similar assets or liabilities in active markets; (b) quoted prices for identical or similar assets or liabilities in inactive markets; (c) inputs other than quoted prices that are observable for the asset or liability; (d) inputs that are derived principally from or corroborated by observable market data by correlation or other means.

  If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

- Level 3 Fair Value Measurements – Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of December 31, 2022 and 2021:

| Description | Assets at Fair Value as of December 31, 2022 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets Level 1 | Significant Other Observable Inputs Level 2 | Significant Unobservable Inputs Level 3 | Total |
| Radiance Technologies, Inc. common stock | $ - | $ - | $ 119,038,268 | $ 119,038,268 |
| Investments at fair value | $ - | $ - | $ 119,038,268 | $ 119,038,268 |

| Description | Assets at Fair Value as of December 31, 2021 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets Level 1 | Significant Other Observable Inputs Level 2 | Significant Unobservable Inputs Level 3 | Total |
| Radiance Technologies, Inc. common stock | $ - | $ - | $ 117,620,408 | $ 117,620,408 |
| Investments at fair value | $ - | $ - | $ 117,620,408 | $ 117,620,408 |

The following table summarizes changes in the fair value of the Plan's level 3 assets for the year ended December 31, 2022:

| | |
| --- | --- |
| Balance at January 1, 2022 | $ 117,620,408 |
| Unrealized appreciation in estimated fair value | 19,934,332 |
| Contribution | 3,331,333 |
| Total transfers to 401(k) | (3,325,001) |
| Total deductions | (18,522,804) |
| Balance at December 31, 2022 | $ 119,038,268 |

Gains and losses (realized and unrealized) included in changes in net assets for the period above are reported in net appreciation in the fair value of investments in the statement of changes in net assets available for benefits.

Following is a description of the valuation methodologies used for assets measured at fair value. There have been no changes in the methodologies used at December 31, 2022 and 2021.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

The Radiance Technologies, Inc. common stock held by the Plan is reported at fair value based upon an appraisal. This appraisal was based upon a combination of the market and income valuation techniques consistent with prior years as illustrated in the following table

| Instrument | Fair Value | Principal Valuation Technique | Unobservable Inputs |
|---|---|---|---|
| Radiance Technology, Inc. common stock | $ 119,038,268 | Income | EBITDA, net income, weighted average, cost of capital, discount rate, discount for lack of marketability |
| | | Market | Public comparables, revenue multiple, EBITDA multiple discount for lack of marketability |

The valuation process involves the selection of a qualified appraiser under three-year contract that can be canceled at any time. Plan management accumulates the data for the appraiser from historical and projected financial information of the Company. The appraiser prepares a report of the estimated per-share value that a participant will receive upon distribution. Plan management and the ESOP trustee, reviews in detail, discusses and approves this report.

The preceding methods described may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Plan believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

## 6. RELATED PARTY AND PARTY IN INTEREST TRANSACTIONS

The Plan invests in Company common stock. These are related party and party in interest transactions. As described in Note 1, the Company pays substantially all plan expenses. The Plan has a number of service providers. Such providers are parties in interest under ERISA.

## 7. RISKS AND UNCERTAINTIES

The Plan investments consist primarily of the Company's common stock, which is exposed to various risks, such as interest rate, market and credit risks, as well as valuation assumptions based on earnings, cash flows and other such techniques. Due to the level of risk associated with the investment in the common stock and to uncertainties inherent in estimates and assumptions, it is at least reasonably possible that changes in the value of the common stock will occur in the near term and that such changes could materially affect the amounts reported in the statement of net assets available for benefits.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**NOTES TO THE FINANCIAL STATEMENTS**
**DECEMBER 31, 2022 AND 2021**

## 8. PLAN TERMINATION

The Company reserves the right to terminate the Plan at any time, subject to Plan provisions. Upon termination of the Plan, the Board of Directors directs the Trustee to pay all liabilities and expenses of the ESOP. Subsequently, the interest of each participant in the trust fund will be distributed to such participant or his or her beneficiary at the time prescribed by the Plan terms and the IRC.

## 9. TAX STATUS

The Plan has received a determination letter from the IRS dated February 25, 2016, stating that the Plan is qualified under the IRC and, therefore, the related trust is exempt from taxation. Once qualified, the Plan is required to operate in conformity with the IRC to maintain its qualification. The Plan has been amended since receiving the determination letter. However, the Plan administrator believes that the Plan is currently designed, and being operated, in compliance with the applicable requirements of the IRC. Therefore, they believe that the Plan was qualified, and the related trust was tax-exempt as of the financial statement date.

Accounting principles generally accepted in the United States of America require plan management to evaluate tax positions taken by the plan and recognize a tax liability if the organization has taken a significant uncertain position that more likely than not would not be sustained upon examination by the IRS. The Plan is subject to routine audits by taxing jurisdictions; however, there are currently no audits for any tax periods in progress.

**RADIANCE TECHNOLOGIES, INC. EMPLOYEE STOCK OWNERSHIP PLAN**
**EMPLOYER ID # 63-1204084**
**PLAN # 003**
**SCHEDULE H, LINE 4i –**
**SCHEDULE OF ASSETS (HELD AT END OF YEAR)**
**DECEMBER 31, 2022**

| (a) | (b) Identity of Issuer, Borrower, Lessor or Similar Party | (c) Description of Investment, Including Maturity Date, Rate of Interest, Collateral, Par or Maturity Value | (d) Cost | (e) Current Value |
|---|---|---|---|---|
| * | Radiance Technologies, Inc. | Common stock | $ 39,366,286 | $ 119,038,268 |
| | | | $ 39,366,286 | $ 119,038,268 |

* Represents a party in interest to the Plan

This schedule is presented in compliance with DOL filing requirements.