IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **HEATH BERRY, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **WILLIAM C. BAILEY, et al.,** <br><br> **Defendants.** | **CIVIL ACTION NO.:** <br> **5:24-CV-00522-CLM** |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXHIBITS SUBMITTED IN SUPPORT OF MOTIONS TO DISMISS

Plaintiffs[1] move to strike all exhibits attached to the Defendants'[2] Motions to Dismiss with the exception of the Radiance ESOP (Doc. 42, Exh. 8; Doc. 43, Exh. A) and the Trust Agreement (Doc. 42, Exh. 10; Doc. 43, Exh. B), both of which are referenced in Plaintiffs' Second Amended Complaint (Doc. 33). *See Fin. Sec. Assur.,*

---

[1] Plaintiffs include Heath Berry ("**Berry**"), Jade Baker ("**Baker**"), Shawn Wilbert ("**Wilbert**"), Eric Briggs ("**Briggs**"), and Daniel Anderson ("**Anderson**," collectively "**Plaintiffs**"), each individually and derivatively on behalf of Radiance Technology, Inc. ("**Radiance**") and its "**Shareholders**"; individually and derivatively on behalf of the Radiance Employee Stock Ownership Plan (the "**ESOP**"); and the Shareholders, individually and derivatively on behalf of themselves and the present and future owners or holders of Stock Appreciation Rights ("**SARs**"), vested or unvested.

[2] The Radiance Defendants include Robert E. (Bud) Cramer, Jim Scanlon, Jed Deason, Jim Poss, Carol Tevepaugh, and John Thompson (the "**Board Defendants**") and William C. Bailey ("**Bailey**" collectively with the Board Defendants, the "**Radiance Defendants**"). The Argent Defendants include Argent Trust Company ("**Argent Trust**"), Argent Financial Group, Inc. ("**Argent Financial**"), and Stephen Martin ("**Martin**" collectively, the "**Argent Defendants**"). The Argent Defendants together with the Radiance Defendants are referred to herein collectively as "**Defendants.**"

1

*Inc. v. Stephens, Inc.*, 500 F.3d 1276, 1284 (11th Cir. 2007) ("Ordinarily, we do not consider anything beyond the face of the complaint and documents attached thereto when analyzing a motion to dismiss. This court recognizes an exception, however, in cases in which a plaintiff *refers to a document in its complaint*, the document is central to its claim, its contents are not in dispute, and the defendant attaches the document to its motion to dismiss.")

Other documents submitted and relied upon by Defendants that are due to be stricken include: pleadings from civil cases not before this Court (Doc. 42, Radiance Motion, Exhs. 1, 2 & 11, including Exh. A); LinkedIn biographies (Exh. 3, 6 & 7); a Case Detail from Alacourt.com (Exh. 4); and a Civil Docket sheet from a separate United States District Court civil case (Exh. 5); the ESOP "Summary Plan Description" (Exh. 9); and the Radiance 2022 Form 5500 (Doc. 43, Exh. C).[3] These documents are not properly considered at the motion to dismiss stage. *See Fin. Sec. Assur., Inc. v. Stephens, Inc.*, 500 F.3d 1276, 1284 (11th Cir. 2007) (recognizing exception for documents referenced in and central to complaint); *Brown v. Brock*, 169 F. App'x 579, 582 (11th Cir. 2006) ("[W]e have observed that courts may not take judicial notice of documents in separate judicial proceedings." (citing *Concordia v. Bendekovic,* 693 F.2d 1073, 1076 (11th Cir. 1982)).

---

[3] Noticeably absent from evidence submitted by Defendants are the SARs agreements referred to in their Motions, yet Defendants make arguments disputing that SARs provide Plaintiffs with actionable claims.

A motion to dismiss under Fed. R. Civ. P. 12(b)(6) may be converted to a motion for summary judgment under Rule 56 when "matters outside the pleading are presented to and not excluded by the court." Fed. R. Civ. P. 12(d). A Rule 12(b)(6) motion cannot be converted, however, until the nonmoving party is "given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d). Here, there has been no indication or notice that the Court intends to treat Defendants' Motions to Dismiss as ones for summary judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move to strike from the record all exhibits attached to the Defendants' Motions to Dismiss (Doc. 42 & 43) with the exception of the Radiance ESOP (Doc. 42, Exh. 8; Doc. 43, Exh. A) and the Trust Agreement (Doc. 42, Exh. 10; Doc. 43, Exh. B).

        Respectfully submitted,

        s/ *G. Bartley Loftin, III*
        G. Bartley Loftin, III (LOF009)
        bartley@loftinholt.com

**OF COUNSEL:**
Douglas B. Hargett
Amanda J. Turnage
Jordan E. Loftin
Rebecca K. Hall
Loftin Holt Hall & Hargett LLP
200 Clinton Ave. W, Ste. 405
Huntsville, AL 35801
Telephone: (256) 929-7997
douglas@loftinholt.com
amanda@loftinholt.com
jordan@loftinholt.com

**OF COUNSEL:**
Wilson F. Green
Wilson F. Green LLC
301 19th Street North, Ste. 525
Birmingham, AL 35203
2620 6th Street, Ste. 200
Tuscaloosa, AL 35401
P.O. Box 2536, Tuscaloosa, AL 35403
Telephone: (205) 722-1018
wilson@wilsongreenlaw.com
*Counsel for Plaintiffs*

rebecca@loftinholt.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy has been electronically filed with the Clerk of the Court on October 7, 2024, using the CM/ECF system, which will notify the following:

W. Brad English
Emily J. Chancey
La Keisha W. Butler
Robert G. Jones
Taylor R. Holt
Maynard Nexsen PC
655 Gallatin Street
Huntsville, Alabama 35801
*Counsel for Defendants Robert E. (Bud) Cramer, Jim Scanlon, Jed Deason, Jim Poss, Carol Tevephaugh, and John F. Thompson*

J. Ethan McDaniel
Thomas J. Butler
Grace R. Murphy
Thomas W.H. Buck, Jr.
S. Reeves Jordan
Maynard Nexsen PC
1901 6th Avenue North, Suite 1799
Birmingham, AL 35201
*Counsel for Defendants Robert E. (Bud) Cramer, Jim Scanlon, Jed Deason, Jim Poss, Carol Tevephaugh, and John F. Thompson*

David J. Hodge
Morris King & Hodge PC
200 Pratt Avenue
Huntsville, AL 35801
*Counsel for Defendant William C. Bailey*

Donald R. James, Jr.
Joel E. Dillard
Dillard, McKnight, James & McElroy, LLP
2700 Highway 280 East, Suite 110
Birmingham, AL 35223
*Counsel for Argent Trust Company, Argent Financial Group, Inc. and Stephen Martin*

Barbara A. Smith
Jacob B. Simon
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louise, Missouri 63102
*Counsel for Argent Trust Company, Argent Financial Group, Inc. and Stephen Martin*

/s/ *G. Bartley Loftin, III*
OF COUNSEL