FILED
2024 Oct-08 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| HEATH BERRY, ET AL.,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM C. BAILEY, ROBERT E. CRAMER, JIM SCANLON, JED DEASON, JIM POSS, CAROL TEVEPAUGH, JOHN F. THOMPSON, ARGENT FINANCIAL GROUP, INC., ARGENT TRUST COMPANY, and STEPHEN A. MARTIN<br><br>*Defendants*. | ) | CIVIL ACTION NO.<br>5:24-cv-00522-CLM<br><br>JUDGE COREY L. MAZE |

**DEFENDANTS ARGENT TRUST COMPANY, ARGENT FINANCIAL GROUP, INC., AND STEPHEN MARTIN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Argent Trust Company, Argent Financial Group, Inc., and Stephen Martin (the "Trustee Defendants") respectfully request an extension of time until October 21, 2024, to file their reply in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint. *See* Fed. R. Civ. P. 6(b)(1). Counsel for the Trustee Defendants has discussed this extension with Plaintiffs' counsel, and Plaintiffs' counsel does not oppose the extension. In support of this motion, the

Trustee Defendants state as follows:

1. On August 21, 2024, Plaintiffs filed their Second Amended Complaint. ECF No. 33.

2. On September 4, 2024, the Trustee Defendants filed their Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss"). ECF No. 43.

3. The Court initially set a 14-day deadline for Plaintiffs to respond to the Trustee Defendants' Motion to Dismiss. ECF No. 45.

4. Plaintiffs filed an unopposed motion to extend their deadline for filing their opposition to the Trustee Defendants' Motion to Dismiss (ECF No. 46), which the Court granted on September 11, 2024. ECF No. 47.

5. The Court specifically granted Plaintiffs a 17-day extension, giving Plaintiffs 30 total days to file their opposition to the Trustee Defendants' Motion to Dismiss, or until October 7, 2024. ECF No. 47. The Court stated in the same order that the Trustee Defendants had seven days—or until October 14, 2024—to file a reply brief. *Id.*

6. On October 7, 2024, Plaintiffs filed a consolidated response to both the Trustee Defendants' Motion to Dismiss and the motion to dismiss filed by Defendants William C. Bailey, Robert E. Cramer, Jim Scanlon, Jed Deason, Jim Poss, Carol Tevepaugh, and John F. Thompson (the "Radiance Defendants"). ECF No. 48.

7. Plaintiffs' consolidated opposition is 30 pages long and addresses complex issues of law relating to ERISA. *Id.* In order to effectively research and prepare its reply brief, the Trustee Defendants request an additional seven days, or until **October 21, 2024**, to file its reply brief in support of its Motion to Dismiss.

8. The Radiance Defendants have requested an identical extension (ECF No. 50), which the Court granted (ECF No. 52). Thus, the present motion for an extension would simply align the defendants' reply dates to Plaintiff's consolidated opposition.

9. Granting this brief extension will not prejudice any party or require the Court to move any other deadlines in the case.

10. Undersigned counsel has conferred with Plaintiffs' counsel, and Plaintiffs' counsel has stated they do not oppose this extension.

WHEREFORE, for the foregoing reasons, the Trustee Defendants request that the Court extend the Trustee Defendants' deadline to file a reply brief in support of their Motion to Dismiss to on or before **October 21, 2024**.

Dated: October 8, 2024

Respectfully submitted,

*/s/ Barbara A. Smith*

Barbara A. Smith (admitted *pro hac vice)*
Jacob B. Simon (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
barbara.smith@bclplaw.com
jacob.simon@bclplaw.com

Donald R. James, Jr., ASB-4090-M39D
Joel E. Dillard, ASB-5418-R62J
DILLARD, MCKNIGHT, JAMES & MCELROY, LLP
2700 Highway 280, Ste. 110 East
Birmingham, Alabama 35223
Telephone: (205) 271-1100
rjames@dillardmcknight.com
jdillard@dillardmcknight.com

*Attorneys for the Trustee Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Barbara A. Smith*
Barbara A. Smith